**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS ORLANDO RIVERA-TRIGUEROS, <br><br> Petitioner, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General, <br><br> Respondent. | No. 24-3764 <br><br> PRO BONO <br><br> Agency No. A044-803-246 <br><br> ORDER |

Pursuant to this court's July 11, 2024 order, Amalia M. Wille, Judah Lakin, and the University of California at Berkeley School of Law, are hereby appointed to represent petitioner for purposes of this petition for review only. The Clerk will amend the docket to reflect that Amalia M. Wille and Judah Lakin, Lakin & Wille, LLP, 1939 Harrison Street, Suite 420, Oakland, CA 94612 Email:

amalia@lakinwille.com, judah@lakinwille.com, are pro bono counsel of record for petitioner.

The court sua sponte expedites the briefing and hearing of this petition. The opening brief is due October 11, 2024; the answering brief is due November 25, 2024; and the optional reply brief is due February 7, 2025.

This petition will be calendared for oral argument during the month of April 2025.

**Counsel are advised this petition for review has been expedited and extensions of time for briefing will not be granted absent a showing of extraordinary and compelling circumstances. Appellate ECF requests for streamlined or automatic extensions of time will not be granted, and any such relief must be requested in a written motion pursuant to Ninth Circuit Rule 31-2.2(b).**

The Clerk will serve this order on petitioner, as well as on all counsel.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT