UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS ORLANDO RIVERA-TRIGUEROS,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>    Respondent. | No. 24-3764<br><br>Agency No. A044-803-246<br><br>MANDATE |

The judgment of this Court, entered April 24, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT