UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| DENNIS ORLANDO RIVERA-TRIGUEROS, Petitioner, v. PAMELA BONDI, Attorney General, Respondent. | No. 24-3764 Agency No. A044-803-246 ORDER |

Before: S.R. THOMAS, PAEZ, and MILLER, Circuit Judges.

Petitioner's motion to recall the mandate, Dkt. 53, and Petitioner's request to order his release, Dkt. 70, are denied. *See* 8 U.S.C. § 1252(a)(1).